1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRANCISCO SIERRA,                              No.  2:24-cv-0337 WBS SCR P

12                    Plaintiff,

13          v.                                       ORDER

14    PATRICK COVELLO, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1) and Local Rule 302.

20          On January 6, 2025, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within twenty-one days.  (ECF No. 13.)  Plaintiff

23    has not filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations (ECF No. 13) are adopted in full; and

28          2.  The court finds that any potential retaliation claims against C/O Jenkins, C/O Hurtado,

1

1  C/O Brown, and Warden Covello are barred by res judicata, and, otherwise, the complaint does

2  not comply with Rule 8 of the Federal Rule of Civil Procedure and fails to state a claim.

3      3.  Plaintiff's complaint is dismissed with prejudice and without leave to amend.

4      4.  The Clerk of the Court is directed to close this case.

5  Dated:  February 21, 2025

6  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

11  Sier0337.800

2